BEFORE THE FIRST DIVISION, DECEMBER 28, 1965

**No. 69720.**—Etta Hat Co. *v.* United States, protests 60/15784 and 64/74 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

**No. 69721.**—Williams, Clarke Co. and Tokyo Int. Commercial Co., Inc. *v.* United States, protest 63/8092 (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1965

**No. 69722.**—Toyama & Co. and Dorf International, Ltd. *v.* United States, protest 65/1599 (New York).

Opinion by FORD, J.   An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.